PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **John Morris**                                   Docket No.07 CR 769

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Elizabeth Auson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **John Morris**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares**, United States District Judge sitting in the Court at 50 Walnut Street, Newark, New Jersey on August 16, 2007, under the following bail and conditions:

A $25,000 unsecured appearance bond.
1. Pretrial Services Supervision.
2. Surrender passport and not re- apply for any new travel documents.
3. Travel restricted to New Jersey, New York and Pennsylvania as needed for work.

Respectfully presenting petition for action of Court and for cause as follows:

### Addendum to Petition Attached

PRAYING THAT THE COURT WILL ORDER: **Mental health testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___21st___ day of ___Feb.___, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/19/08

_____
Elizabeth Auson
U.S. Pretrial Services